JG:JSR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M11-230**

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSEPH LINWOOD REDD,

       Defendant.

- - - - - - - - - - - - - - -X

REMOVAL TO THE <u>DISTRICT OF SOUTH CAROLINA</u>

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

       WESLEY M. GLEASON, being duly sworn, deposes and says that he is a Special Agent with the United States Secret Service duly appointed according to law and acting as such.

       Upon information and belief, on February 23, 2011[1] an arrest warrant was issued by the United States District Court for District of South Carolina charging the defendant JOSEPH LINWOOD REDD with fraud related to activity in connection with access devices, possession of fifteen or more unauthorized access devices, and aggravated identity theft in violation of Title 18, United States Code, Sections and 1029(a)(2), 1029(a)(3) and 1028(A), respectively.

       The source of your deponent's information and the grounds for his belief are as follows:

---

[1]    The date on the arrest warrant is November 9, 2010. However, the indictment was not in fact returned by the grand jury, and the arrest warrant did not issue, until November 10, 2010.

1.    On December 14, 2010, a grand jury in the United States District Court for the District of South Carolina returned an indictment charging the defendant JOSEPH LINWOOD REDD with with one count of fraud in connection with unauthorized access devices, one count of possession of fifteen or more unauthorized access devices, and one count of aggravated identity theft, in violation of Title 18, United States Code, Section 1029(a)(2), 1029(3)and 1028A(a)(1).  A copy of the indictment is attached hereto.

2.    February 23, 2011, an arrest warrant was issued by the United States District Court for the District of Virginia.  A copy of the warrant is attached hereto.

3.    On March 3, 2011, the defendant JOSEPH LINWOOD REDD surrendered to Special Agents of the United States Secret Services ("USSS") within the Eastern District of New York.

3.    Upon surrender, the defendant JOSEPH LINWOOD REDD presented a NEW YORK driver's license in the name of "Joseph Redd" to Special Agents of the USSS.  Also upon surrender, REDD verbally identified himself as "Joseph Redd." To the Special Agents of the USSS.

4.    The defendant JOSEPH LINWOOD REDD provided agents of the USSS with pedigree information that matched the pedigree information contained in a Report of Investigation associated with the arrest warrant.  Based on the outstanding warrant for

the arrest of JOSEPH LINWOOD REDD, special agents of the USSS placed the defendant under arrest.

5.   It is the desire of the United States Attorney for the District of South Carolina that the defendant REDD be removed to that district for prosecution.

WHEREFORE your deponent respectfully requests that the defendant JOSEPH LINWOOD REDD be removed to the District of South Carolina so that he may be dealt with according to law.

WESLEY M. GLEASON
Special Agent
United States Secret Service

Sworn to before me this
3rd day of December, 2011

THE HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: *2:10-1199* |
| | ) | 18 U.S.C. § 1029(a)(2) |
| vs. | ) | 18 U.S.C. § 1029(a)(3) |
| | ) | 18 U.S.C. § 1028A(a)(1) |
| ANNETTE LUCILLE RHETT | ) | 18 U.S.C. § 2 |
| JOSEPH LINWOOD REDD | ) | |
| | ) | |
| | | **INDICTMENT** |

### COUNT 1
(Fraud in Connection with Unauthorized Access Devices)

THE GRAND JURY CHARGES:

From in or about May 2009 through July 2009, in the District of South Carolina,

the defendants, **ANNETTE LUCILLE RHETT** and **JOSEPH LINWOOD REDD**,

knowingly and with intent to defraud used one or more unauthorized access devices,

namely, credit card numbers, and by such conduct obtained $1,000.00 or more during a

one-year period, and such conduct did affect interstate commerce;

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT 2
(Possession of Fifteen or More Unauthorized Access Devices)

THE GRAND JURY FURTHER CHARGES:

From in or about May 2009 through July 2009, in the District of South Carolina,

the defendants, **ANNETTE LUCILLE RHETT** and **JOSEPH LINWOOD REDD**,

knowingly and with intent to defraud possessed fifteen or more unauthorized access

devices, namely, credit card numbers, and such conduct did affect interstate commerce;

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 3
( Aggravated Identity Theft )

THE GRAND JURY FURTHER CHARGES:

From in or about May 2009 through July 2009, in the District of South Carolina,

the defendants, **ANNETTE LUCILLE RHETT** and **JOSEPH LINWOOD REDD**, did

knowingly possess and use, without lawful authority, one or more means of identification

of another person, during and in relation to the offense of Fraud in Connection with

Unauthorized Access Devices, a felony violation enumerated in Title 18, United States

Code, Section 1028A(c)(4) and alleged in COUNT 1 above.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A  _True_  BILL



12/14/10

FOREPERSON



WILLIAM N. NETTLES (DHS)
UNITED STATES ATTORNEY

02/28/2011  15:52    8437274423                US MARSHAL SERVICE

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of South Carolina

**COPY**
ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY.

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

JOSEPH LINWOOD REDD

Case Number:   2:10-1199-CWH

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSEPH LINWOOD REDD _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with   (brief description of offense)
For a description of the charges, see the Indictment; A copy of the Indictment is attached for service on the defendant.

☒ in violation of Title _____

   United States Code, Section(s)
   1029(a)(2), 1029(a)(3), 1028A(a)(1) and 2

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| LARRY W. PROPES | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/Denny Patrick | |
| Deputy Clerk | February 23, 2011          Charleston, South Carolina |
| Signature of Issuing Officer | Date and Location |

☒ BOND TO SET BY JUDICIAL OFFICER BEFORE WHOM DEFENDANT INITIALLY APPEARS

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |